## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

WALTER EDWARD YOUNG, JR.        )
                                       )
v.                                    )     NO. 3:08-1105
                                         )     JUDGE TRAUGER
MONTGOMERY COUNTY, TENNESSEE,     )
STATE OF TENNESSEE, CPT. DOUG        )
TACKETT, LOUIS BAGGETT and            )
CHERYL CASTLE

## O R D E R

      The Magistrate Judge has issued three Reports and Recommendations (Docket Nos. 39 - 41), to which no timely objections have been filed. The Reports and Recommendations are therefore ACCEPTED and made the findings of facts and conclusions of law of this court. For the reasons expressed therein, it hereby ORDERED that the Motion for Judgment on the Pleadings filed by defendant Tackett (Docket No. 22) and the Motion to Dismiss filed by defendant Baggett (Docket No. 26) are GRANTED, and the claims against defendants Tackett and Baggett are DISMISSED with prejudice. It is further ORDERED that the claims against defendants Montgomery County, Tennessee, State of Tennessee, and Cheryl Castle are DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B) and §1915(A)(b).

      It is so **ORDERED**.

      ENTER this 14th day of April 2009.

                                     ALETA A. TRAUGER
                                     U.S. District Judge